UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIENGKHONE SIKEO, | Case No. 1:26-cv-02275-KES-FJS |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |
| v. | |
| BOARD OF IMMIGRATION APPEALS, et al., | (ECF No. 13) |
| Defendants. | |

On April 2, 2026, Plaintiff Viengkhone Sikeo filed a joint notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a).  (ECF No. 13.)  In light of this joint notice, Plaintiff Viengkhone Sikeo's action against Defendants is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a).  This Court VACATES all pending dates and matters.  The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:  __April 3, 2026__                          _____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE